IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROSE MARION HERRING,

                Plaintiff

          VS.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant

NO.  5: 07-CV-279 (CAR)

**BEFORE THE U. S. MAGISTRATE JUDGE**
**SOCIAL SECURITY APPEAL**

## O R D E R

In response to this court's order of July 23, 2007, plaintiff ROSE MARION HERRING has advised the court that she is seeking to appeal a denial of Social Security disability <u>and</u> to obtain damages under Title VII of the Civil Rights Act of 1964.  However, she cannot pursue both of these claims in the same lawsuit. Accordingly, the court will consider in this lawsuit only her appeal of denial of Social Security disability benefits.  If she wishes to pursue a claim under Title VIII, she must do so in a separate proceeding.

Plaintiff also advises that she needs certain documentation, including transcripts and decisions from the Social Security Administration.  Any decision denying benefits should have been provided to plaintiff at the time the benefits were denied.  It is her responsibility to obtain such documentation; the court cannot assist her in this matter.

Accordingly, for a period of **THIRTY (30) DAYS**, the court will hold in abeyance considering plaintiff's Social Security appeal in order to allow her time to provide the information the court previously ordered..  If and when she is permitted to proceed with her appeal, a transcript will be provided <u>to</u> <u>the</u> <u>court</u> by the Social Security Administration for review.

SO ORDERED AND DIRECTED, this 3rd day of AUGUST, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE